IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOLINE BURTON as Adminstratrix
of the ESTATE OF RONNIE G. BURTON                                    PLAINTIFF

vs.                                    CASE NO. 5:06CV315GH

AMEX INSURANCE COMPANY                                               DEFENDANT

ORDER

Pursuant to plaintiff's motion, the case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE